■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH KALISH, Appellant. [622 NYS2d 469] —Appeal by the defendant from four judgments of the County Court, Westchester County (Cowhey, J.), all rendered November 9, 1993, convicting him of attempted burglary in the second degree (two counts, one each as to Superior Court Information Nos. 93-00961S and 93-00963S) and burglary in the second degree (two counts, one each as to Superior Court Information Nos. 93-00962S and 93-00964S), upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Sullivan, J. P., Rosenblatt, Altman, Hart and Friedmann, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE LOWERY, Appellant. [622 NYS2d 468] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (West, J.), rendered October 23, 1992, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We find, contrary to the defendant's contention, that, based upon this record, he was not denied the effective assistance of counsel at his suppression hearing (see, People v Hayes, 186 AD2d 268). Sullivan, J. P., Rosenblatt, Altman, Hart and Friedmann, JJ., concur.